STATE OF NEW JERSEY ON THE COMPLAINT OF THE
COMMISSIONER OF BANKING AND INSURANCE, AP-
PELLANT, v. COMMUNITY HEALTH SERVICE, INC.,
RESPONDENT.

Argued October 20, 1942—Decided January 22, 1943.

428

For the appellant, *Louis J. Cohen*.

For the respondent, *Louis B. LeDuc*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion of Judge Oliphant.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, HAGUE, JJ. 10.

*For reversal*—CASE, WELLS, RAFFERTY, THOMPSON, JJ. 4.